UNITED STATES of America, Plaintiff–Appellee,

v.

Christopher Fred GOAD, Sr., Defendant–Appellant.

No. 16–6436

United States Court of Appeals, Fourth Circuit.

Submitted: August 25, 2016

Decided: August 30, 2016

Christopher Fred Goad, Sr., Appellant Pro Se. Michael Ronald Gill, Assistant United States Attorney, Erik Sean Siebert, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

**14**

PER CURIAM:

Christopher Fred Goad, Sr., appeals the district court's order denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Goad, No. 3:08–cr–00184–REP–1 (E.D. Va. Mar. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED